IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

MARTELL WILKERSON,            )
                              )
      Plaintiff,              )
                              )      CIVIL ACTION NO.
      v.                      )        2:26cv22-MHT
                              )           (WO)
KELLER SPEAKS, et al.,        )
                              )
      Defendants.             )

ORDER

Upon consideration of the motion to withdraw as counsel for defendant CHS AL, LLC (Doc. 29), filed by attorney Philip G. Piggott and the law firm of Rushton, Stakely, Johnston & Garrett, P.A., and based on attorney Piggott's supporting affidavit (Doc. 34), the bankruptcy stay of the case as to defendant CHS AL, LLC, and the other parties' lack of opposition to the motion, it is ORDERED that:

(1) The motion to withdraw is granted, and attorney Philip G. Piggott and the law firm of Rushton, Stakely, Johnston & Garrett, P.A. are withdrawn as counsel for defendant CHS AL, LLC.

(2) When the bankruptcy stay is lifted, if plaintiff continues to pursue claims against defendant CHS AL, LLC, said defendant shall retain new counsel and have new counsel file an appearance in this action within 14 days of the lifting of the bankruptcy stay. *See generally Iriele v. Griffin*, 65 F.4th 1280, 1285 (11th Cir. 2023) (reiterating the "'well-established' rule 'that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel.'") (quoting *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985)).

(3) Mr. Piggot shall furnish a copy of this order to CHS AL LLC's general counsel.

This case remains stayed as to defendant CHS, AL LLC only and administratively closed pending mediation.

DONE, this the 1st day of June, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

2